# United States Court of Appeals
### For the Eighth Circuit

_____

No. 23-2871
_____

United States of America

*Plaintiff - Appellee*

v.

Aaron Christopher Lindsey

*Defendant - Appellant*

_____

Appeal from United States District Court
for the Southern District of Iowa - Central

_____

Submitted: December 6, 2024
Filed: December 16, 2024
[Unpublished]

_____

Before COLLOTON, Chief Judge,[1] GRUENDER, and KELLY, Circuit Judges.

_____

PER CURIAM.

Aaron Lindsey pleaded guilty to one count of making false statements to a financial institution and conditionally pleaded guilty to one count of being a felon in

_____

[1]Judge Melloy took inactive senior status on October 4, 2024. Chief Judge Colloton was assigned to replace Judge Melloy on the panel pursuant to Eighth Circuit Rule 47E.

possession of a firearm, preserving his right to appeal the district court's[2] denial of his motion to dismiss the felon-in-possession charge. He was sentenced to 48 months' imprisonment. Lindsey appeals, arguing that the felon-in-possession statute, 18 U.S.C. § 922(g)(1), violates the Second Amendment both on its face and as applied to him.

We affirmed the district court's judgment in May 2024. *United States v. Lindsey*, No. 23-2871, 2024 WL 2207445 (8th Cir. May 16, 2024). The case is now on remand from the Supreme Court for further consideration in light of *United States v. Rahimi*, 602 U.S. 680 (2024).

We again conclude that precedent forecloses Lindsey's contentions. Following the Supreme Court's decision in *Rahimi*, we held that "[t]he longstanding prohibition on possession of firearms by felons is constitutional," *United States v. Cunningham*, 114 F.4th 671, 675 (8th Cir. 2024), and that there is "no need for felony-by-felony litigation regarding the constitutionality of § 922(g)(1)," *United States v. Jackson*, 110 F.4th 1120, 1125 (8th Cir. 2024). Accordingly, Lindsey's facial and as-applied constitutional challenges to § 922(g)(1) fail.

Affirmed.

_____

[2]The Honorable Stephanie M. Rose, Chief Judge, United States District Court for the Southern District of Iowa.